# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| STEPHEN M. STRADTMAN,      ) | |
|      ) | |
| Plaintiff,      ) | |
|      ) | |
| v.      ) | Case No. 1:14-cv-01289 (JCC/JFA) |
|      ) | |
| REPUBLIC SERVICES, INC., *et al.*,      ) | |
|      ) | |
| Defendants.      ) | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff, Stephen M. Stradtman ("Mr. Stradtman") and the Defendants, Republic Services, Inc., Republic Services of Virginia, LLC, and Ronald Krall (collectively, "Defendants") (Mr. Stradtman and the Defendants are collectively the "Parties"), by and through their respective undersigned counsel, and respectfully submit this Joint Motion for Protective Order (attached as Exhibit 1 hereto). On Friday, January 30, 2015, the Court directed the Parties to meet and confer and attempt to resolve any remaining issues concerning a protective order. The Parties' discussions were successful, and there are no outstanding issues. Therefore, the Parties request that the Court enter the attached protective order.

Dated: February 3, 2015         Respectfully submitted,

                                              /s/
                                 Carla D. Brown, VA Bar No. 44803
                                 *Attorneys for Plaintiff Stephen M. Stradtman*
                                 CHARLSON BREDEHOFT COHEN
                                  BROWN & SAKATA, P.C.
                                 11260 Roger Bacon Drive, Suite 201
                                 Reston, Virginia 20190
                                 Telephone: (703) 318-6800
                                 Facsimile: (703) 318-6808
                                 cbrown@cbcblaw.com

/s/
Bernard J. DiMuro, Esquire/VSB # 18784
Jonathan R. Mook, Esquire/VSB # 19177
M. Jarrad Wright, Esquire/VSB #68814
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, Virginia 22314-2956
Ph. (703) 684-4333
Fax (703) 548-3181
bdimuro@dimuro.com
jmook@dimuro.com

Raymond C. Baldwin (to be admitted *pro hac vice*)
Seyfarth Shaw LLP
975 F Street, NW
Washington, DC 20004
(202) 828-3583
RBaldwin@seyfarth.com

*Counsel for Defendants*
*Republic Services, Inc., et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to all counsel of record. In addition, paper copies were served via first class mail on the persons or entities titled below:

Carla D. Brown, VA Bar No. 44803
*Attorneys for Plaintiff Stephen M. Stradtman*
CHARLSON BREDEHOFT COHEN
BROWN & SAKATA, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
Telephone: (703) 318-6800
Facsimile: (703) 318-6808
Email: cbrown@cbcblaw.com

/s/
Bernard J. DiMuro