IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| STEPHEN M. STRADTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:14cv1289 (JCC/JFA) |
| | ) | |
| REPUBLIC SERVICES, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ORDER

On Friday, May 8, 2015, counsel for the parties appeared before the court to present argument on defendants' Motion for Sanctions (Docket no. 118). Thereafter, the court entered an Order that deferred ruling on the motion following an evidentiary hearing. (Docket no. 141). Upon receiving notice from counsel with respect to the scheduling of that hearing, it is hereby

ORDERED that counsel shall appear before the undersigned on **Wednesday, May 27, 2015 at 2:00 p.m.** for an evidentiary hearing.

Entered this 13th day of May, 2015.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia