# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| STEPHEN M. STRADTMAN, | ) |
| Plaintiff, | ) |
| v. | ) CA 1:14cv1289 (JCC/JFA) |
| REPUBLIC SERVICES, INC., *et al.*, | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO DEFENDANTS'
MOTION FOR ATTORNEYS' FEES AND COSTS**

Plaintiff Stephen M. Stradtman ("Plaintiff" or "Mr. Stradtman"), by counsel, hereby moves this Court for an Order granting an extension of time from Thursday, July 9, 2015 to July 16, 2015 (and to move the hearing date from July 16, 2015 to July 30, 2015), for Plaintiff to file and serve Plaintiff's Opposition to Defendants' Motion for Attorneys' Fees and Costs, Supporting Memorandum, and Proposed Order (collectively, the "Motion"). Defendants consent to the relief requested.

The grounds for this Motion are set forth in the accompanying Memorandum.

July 2, 2015

Respectfully submitted:

*/S/ CARLA D. BROWN*
_____
Carla D. Brown, VSB 44803
CHARLSON BREDEHOFT
 COHEN BROWN & JONES, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800 Telephone
(703) 318-6808 Facsimile
cbrown@cbcblaw.com
*Counsel for Plaintiff, Stephen M. Stradtman*

## CERTIFICATE OF SERVICE

I hereby certify on the 2nd day of July, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing to the following:

>Bernard J. DiMuro, Esq.
>Jonathan R. Mook, Esq.
>M. Jarrad Wright, Esq.
>DIMURO GINSBERG PC
>1101 King Street, Suite 610
>Alexandria, Virginia 22314
>(703) 684-4333  Telephone
>(703) 548-3181  Facsimile
>bdimuro@dimuro.com
>jmook@dimuro.com
>mjwright@dimuro.com
>
>and
>
>Raymond C. Baldwin, Esq.
>SEYFARTH SHAW LLP
>975 F Street, N.W.
>Washington, DC  20004
>Rbaldwin@Seyfarth.com
>(202) 828-3583  Telephone
>(202) 828-5393  Facsimile
>
>*Co-Counsel for Defendants*

>/S/ CARLA D. BROWN
>_____
>Carla D. Brown
>Virginia Bar No. 44803
>CHARLSON BREDEHOFT
>  COHEN BROWN & JONES, P.C.
>11260 Roger Bacon Drive, Suite 201
>Reston, Virginia 20190
>(703) 318-6800 Telephone
>(703) 318-6808 Facsimile
>cbrown@cbcblaw.com
>*Counsel for Plaintiff, Stephen M. Stradtman*