# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

|  |  |  |
|---|---|---|
| STEPHEN M. STRADTMAN | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CA 1:14cv1289 (JCC/JFA) |
| REPUBLIC SERVICES, INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS

Plaintiff Stephen M. Stradtman ("Plaintiff" or "Mr. Stradtman"), by counsel, has moved this Court for an Order granting an extension of time from Thursday, July 9, 2015 to July 16, 2015 (and to move the hearing date from July 16, 2015 to July 30, 2015), for Plaintiff to file and serve Plaintiff's Opposition to Defendants' Motion for Attorneys' Fees and Costs, Supporting Memorandum, and Proposed Order (collectively, the "Motion"), due to the intervening Fourth of July holiday, counsel's attendance at an Annual Conference in Atlanta, Georgia the weekend the Motion was filed, and previously-scheduled travel.

In support of such Motion, Plaintiff states as follows:

1. There is no trial date and the case is closed. As such, the one week delay would not affect any matters pending before this Court (other than argument on the Motion).

2. Plaintiff's counsel was traveling and attending a conference (speaking on a panel and later presenting to the Executive Board of the sponsor of the Conference) in Atlanta from June 25 to June 28, 2015.

3. Plaintiff's counsel is also scheduled to travel out of town for the Fourth of July holiday, from July 3 to July 6, 2015, with family.

4. Plaintiff's Opposition to the Motion for Attorneys' Fees and Costs is due on July 9, 2015.

5. Defense counsel have represented that they consent to an extension of the deadline for the Opposition from July 9, 2015 to July 16, as well as to the July 30, 2015 hearing date.

6. Plaintiff is mindful that extensions of time are generally looked upon with disfavor, and respectfully submits that a short extension of time will not materially affect any other deadlines set by this Court or the timely resolution of this case. No prejudice to the Court, the parties, or the administration of justice will result.

7. A proposed Order is attached for the Court's consideration.

July 2, 2015

Respectfully submitted:

*/S/ CARLA D. BROWN*

_____
Carla D. Brown, VSB 44803
CHARLSON BREDEHOFT
 COHEN BROWN & JONES, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800 Telephone
(703) 318-6808 Facsimile
cbrown@cbcblaw.com
*Counsel for Plaintiff, Stephen M. Stradtman*

**CERTIFICATE OF SERVICE**

      I hereby certify on the 2nd day of July 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing to the following:

>Bernard J. DiMuro, Esq.
>Jonathan R. Mook, Esq.
>M. Jarrad Wright, Esq.
>DIMURO GINSBERG PC
>1101 King Street, Suite 610
>Alexandria, Virginia 22314
>(703) 684-4333  Telephone
>(703) 548-3181  Facsimile
>bdimuro@dimuro.com
>jmook@dimuro.com
>mjwright@dimuro.com
>
>and
>
>Raymond C. Baldwin, Esq.
>SEYFARTH SHAW LLP
>975 F Street, N.W.
>Washington, DC  20004
>Rbaldwin@Seyfarth.com
>(202) 828-3583  Telephone
>(202) 828-5393  Facsimile
>
>*Co-Counsel for Defendants*

                      */S/ CARLA D. BROWN*
                      _____
                      Carla D. Brown
                      Virginia Bar No. 44803
                      CHARLSON BREDEHOFT
                        COHEN BROWN & JONES, P.C.
                      11260 Roger Bacon Drive, Suite 201
                      Reston, Virginia 20190
                      (703) 318-6800 Telephone
                      (703) 318-6808 Facsimile
                      cbrown@cbcblaw.com
                      *Counsel for Plaintiff, Stephen M. Stradtman*