## ** CIVIL MOTION MINUTES **

Date: 07/30/2015  
Time: 10:26AM-10:57AM (00:31)

Judge: James C. Cacheris

Civil Action Number: 1:14-CV-01289-JCC-JFA  
Courtroom Deputy: Margaret Pham  
Court Reporter: Julie Egal

## STEPHEN M. STRADTMAN

v.

## REPUBLIC SERVICES, INC. et al.

Appearances of Counsel for:

( **X** ) Plaintiff: Carla D. Brown, Richard Simpson, Charles C. Lemley  
( **X** ) Defendant: Bernard J. DiMuro, Jared Wright  
(  ) Other:

RE: Defendant's motion [179] for Attorney Fees and Costs

**Argued &**

(  ) Granted  (  ) Denied  (  ) Granted in part/Denied in part

( X ) Taken Under Advisement  (  ) Continued to

(  ) Report and Recommendation to Follow

(  ) Order to follow